LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLP
BANKRUPTCY DEPARTMENT
1544 Old Alabama Rd
Roswell, GA 30076

TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

January 16, 2026

Clerk, United States Bankruptcy Court
400 East 9th Street
Room 1800
Kansas City, MO 64106

## REQUEST FOR SERVICE OF NOTICES

RE:

| | |
|---|---|
| Debtors | Amos Jason Sims and Tiffany Kay Sims |
| Case Number | 26-40039 |
| Chapter | 13 |
| Secured Creditor | Nationstar Mortgage LLC |
| Loan Number | XXXXXX3667 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Nationstar Mortgage LLC
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
1544 Old Alabama Rd
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Michael J. McCormick*

c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
1544 Old Alabama Rd
Roswell, GA 30076
Phone: 678-281-3918
Email: Michael.McCormick@mccalla.com
Attorney Bar No: 64649

NOA