## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:    AMOS JASON SIMS           )    CASE NO. 26-40039
            TIFFANY KAY SIMS          )
                           Debtors   )

## SECOND MOTION TO EXTEND TIME TO FILE DEFICIENCY DOCUMENTS

**COME NOW** Debtors, by and through Counsel, and for their Second Motion to Extend Time to File Deficiency Documents state that Debtors' Counsel has forwarded a Verification form to the Debtors for signature.  Debtors request an additional seven (7) days to sign and return the verification form to Counsel so the deficiency schedules can be filed.

**WHEREFORE**, Debtors request that this Court enter its order granting an extension of time to file deficiency schedules of seven (7) days, thereby allowing them to be filed on or before February 18, 2026 and for such further relief this Court deems equitable and proper.

Dated: February 11, 2026         Respectfully submitted,
                              WM Law

                           /s/ Bryan P Cardwell
                           Bryan P Cardwell MO 71684
                           15095 W. 116th St.
                           Olathe, KS 66062
                           Phone (913) 422-0909 / Fax (913) 428-8549
                           cardwell@wagonergroup.com
                           ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of this pleading was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Wednesday, February 11, 2026.

Chapter 13 Trustee, via ECF Notice.

                           /s/ Bryan P Cardwell

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106