MOW 1009- 1.1 [replaces MOW 1009-1.1 and 1.2] (6/14)

# United States Bankruptcy Court
## Western District of Missouri

In re  **Amos Jason Sims**
**Tiffany Kay Sims**

Debtor(s)

Case No.  **25-41356-13**

Chapter  **13**

## VERIFICATION BY DEBTOR(S)

We, Amos and Tiffany Sims, named as the debtors in this case, declare under the penalty of perjury that we have read the

| | | |
|---|---|---|
| ☑ | Schedule(s) | **A thru J** _____ (A - J insert all that apply) |
| ☐ | Amended Schedule(s) | _____ (A - J insert all that apply) |
| ☐ | Conversion Schedules | _____ (A - J insert all that apply) |
| ☑ | Statement/Amended Statement of Financial Affairs | |
| ☐ | Statement/Amended Statement of Intent | |
| ☑ | Statement/Amended Statement of Current Monthly Income | |
| ☑ | Matrix | |
| ☐ | Amended Matrix | |

and that they are true and correct to the best of our knowledge, information, and belief.

Date: 02/13/2026

_Amos Sims (Feb 13, 2026 09:53:34 CST)_
**Amos Jason Sims**
Signature of Debtor

Date: 02/13/2026

_Tiffany Sims (Feb 13, 2026 09:55:09 CST)_
**Tiffany Kay Sims**
Signature of Debtor

# Verification to Deficincy Schedules - BLANK

Final Audit Report                                                                                2026-02-13

| | |
|---|---|
| Created: | 2026-02-13 |
| By: | Betsy Hayman (hayman@wagonergroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAn7teqAbeSkip6xj0jYPJJejo7C3kZGzJ |

## "Verification to Deficincy Schedules - BLANK" History

Document created by Betsy Hayman (hayman@wagonergroup.com)
2026-02-13 - 3:46:46 PM GMT

Document emailed to Jason Sims (aj8504sims@gmail.com) for signature
2026-02-13 - 3:46:49 PM GMT

Document emailed to Tiffany Sims (tiffanykay05@yahoo.com) for signature
2026-02-13 - 3:46:49 PM GMT

Email viewed by Jason Sims (aj8504sims@gmail.com)
2026-02-13 - 3:49:17 PM GMT

Signer Jason Sims (aj8504sims@gmail.com) entered name at signing as Amos Sims
2026-02-13 - 3:53:32 PM GMT

Document e-signed by Amos Sims (aj8504sims@gmail.com)
Signature Date: 2026-02-13 - 3:53:34 PM GMT - Time Source: server

Email viewed by Tiffany Sims (tiffanykay05@yahoo.com)
2026-02-13 - 3:54:23 PM GMT

Document e-signed by Tiffany Sims (tiffanykay05@yahoo.com)
Signature Date: 2026-02-13 - 3:55:09 PM GMT - Time Source: server

Agreement completed.
2026-02-13 - 3:55:09 PM GMT

Adobe Acrobat Sign