# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:   AMOS JASON SIMS**
     **TIFFANY KAY SIMS**

**Chapter 13**

**Case No.: 26-40039-can-13**

     **Debtors**

     **SSN XXX-XX-1636**
     **SSN XXX-XX-5618**

---

### ORDER DIRECTING DEBTOR TO PAY TRUSTEE

---

PLAN PAYMENTS

| Due Date | Amount | Periods |
|---|---|---|
| February 11, 2026 | $2,675.35 monthly | Until further Order of the Court |

CHAPTER 13 PLAN PAYMENTS CAN BE MADE IN THE FOLLOWING WAYS:

- **Send a personal check, money order, or cashier's check** made payable to "Office of the Chapter 13 Trustee, Richard V. Fink, Trustee" at the following address:

> Richard V. Fink, Trustee
> PO Box 1839
> Memphis, TN 38101-1839

Please write your name and Chapter 13 case number on each payment.  Do not mail your Chapter 13 Plan payments to the trustee's administrative office in Kansas City.

- **Make a payment online** through the trustee's ePay System at https://www.wdmo13.com/epay or through Nationwide TFS at https://tfsbillpay.com.

CASH WILL NOT BE ACCEPTED.

You can contact the trustee's office at (816) 842-1031.

Failure to comply with this Order may result in your plan being dismissed.

The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule above.

It is further ORDERED that the first payment is due by February 11, 2026. Subsequent payments are due as called for under the plan.


February 17, 2026

/s/ Cynthia A. Norton

Bankruptcy Judge


### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee


NS      /Order - Wage - Direct - Original