**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | ) |
| **AMOS JASON SIMS** | ) |
| **TIFFANY KAY SIMS** | ) |
| | )      Case No. 26-40039-can-13 |
| Debtors. | ) |

## OBJECTION TO CLAIM 6 OF KANSAS DEPARTMENT OF REVENUE

 COMES NOW Richard V. Fink, Chapter 13 Trustee ("trustee"), and hereby objects to Proof of Claim 6 filed by KANSAS DEPARTMENT OF REVENUE ("creditor"), on January 20, 2026.

**Your claim may be reduced, modified, or eliminated. You should read this document carefully and discuss it with your attorney, if you have one.**
PURSUANT TO LOCAL RULE 3007-1(C), THE CLAIMANT SHALL HAVE 30 DAYS AFTER SERVICE OF THE OBJECTION IN WHICH TO FILE A RESPONSE.  THE RESPONSE SHALL BE IN WRITING AND STATE WHY THE CLAIM SHOULD BE ALLOWED AS FILED.  IF A RESPONSE IS FILED, THE COURT WILL SCHEDULE A HEARING.  IF NO TIMELY RESPONSE IS FILED, THE COURT WILL ENTER AN ORDER SUSTAINING THE OBJECTION TO THE CLAIM.  PARTIES NOT REPRESENTED BY AN ATTORNEY SHALL MAIL A RESPONSE TO THE COURT AT THE ADDRESS BELOW. DEBTOR(S) NOT REPRESENTED BY AN ATTORNEY MUST BE SERVED A COPY OF THE RESPONSE BY MAIL.

The basis for the objection is as follows:

1.  Creditor filed Proof of Claim 6 as an unsecured tax claim.

2.  In Paragraph 7, the amount of the claim is listed as $3,521.55.

3.  In Paragraph 12, creditor marks that a portion of the claim is entitled to priority as taxes or penalties, however the amount is left blank.

4.  In the attachment to the claim, creditor shows that $3,063.76 of the claim is entitled to priority and $457.79 of the claim is non-priority.

5.  Trustee is unable to administer the claim as filed due to the conflicting information listed.

6.  It appears that the correct amounts for this tax claim are $3,063.76 priority unsecured and $457.79 non-priority unsecured.

 **WHEREFORE, trustee requests that Proof of Claim 6 be allowed as priority unsecured in the amount of $3,063.76 and non-priority unsecured in the amount of $457.79.**

1

Respectfully submitted,

February 25, 2026                    /s/ Richard V. Fink, Trustee
                                    Richard V. Fink, Trustee
                                    2345 Grand Blvd., Ste. 1200
                                    Kansas City, MO 64108-2663
                                    (816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States first class mail and a certificate of service will be filed thereafter:

Debtor(s)
WAGONER BANKRUPTCY GROUP (206) – attorney for debtor
KANSAS DEPARTMENT OF REVENUE (573907) – creditor

                                    /s/ Richard V. Fink, Trustee


Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106