# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:   AMOS JASON SIMS**
　　　　　**TIFFANY KAY SIMS**

　　　　　　　　　　　　　　　　　　　　**Case No.:  26-40039-can-13**

　　　　　　　　　　**Debtors**


### MOTION TO DENY CONFIRMATION OF PLAN

COMES NOW Richard V. Fink, Chapter 13 Trustee, and requests the court deny confirmation of the proposed plan (document #23), filed on or about February 13, 2026. In support thereof, the trustee states that the issues related to the proposed plan include:

1.  11 U.S.C. Section 521(a)(1)(B):

    Copies of all pay statements or other evidence of payment received within 60 days before the date of the filing of the petition, or an affidavit indicating that that no income was received, have not been filed.

2.  11 U.S.C. Section 521(e)(2)(A)(i):

    The trustee has not received the most recently filed federal income tax return, or an affidavit attesting that the filing of tax returns is not required.

3.  11 U.S.C. Section 1322(d):

    The plan as proposed runs in excess of 99 months based on currently available information.

4.  11 U.S.C. Section 1325(a)(4):

    The trustee requests documentation to support the value of $304,000 listed on Schedule A/B for 1700 Russell Road.  This asset may be undervalued. If documentation to support the value is not provided, the trustee may have an appraisal conducted to ensure that the plan complies with 11 U.S.C. §1325(a)(4).

5.  Attorney Fees:

    Part 4.2 of the plan reflects total attorney fees of $4,100, with $0 paid directly and $4,100 to be paid through the plan.  The disclosure of attorney compensation indicates that $1,000 was paid directly and $3,600 is to be paid through the plan.  The trustee requests clarification regarding the correct fee amount and amendments filed as necessary.

WHEREFORE, the Chapter 13 Trustee moves the Court for an Order Denying Confirmation of the proposed plan.

February 26, 2026

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE OF MOTION**

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order denying confirmation of the plan.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail. If any party is served by United States First Class Mail a certificate of service will be filed thereafter:

WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

SMT      /Motion - Deny Confirmation