# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: AMOS JASON SIMS

DEBTOR 2 NAME: TIFFANY KAY SIMS

CASE NUMBER: 2640039

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___ 2/26/2026 ___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

AMOS JASON SIMS/TIFFANY KAY SIMS,1700 RUSSELL RD,PLEASANT HILL MO 64080

By Electronic Transmittal :

By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___ 2/26/2026 ___       Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In re:   AMOS JASON SIMS**
**TIFFANY KAY SIMS**

          **Case No.:  26-40039-can-13**

    **Debtors**

### TRUSTEE'S MOTION TO DISMISS CASE FOR
### FAILURE TO LIST PRIOR CASE(S) ON THE PETITION

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and files this Motion to Dismiss Case and in support thereof states:

1.  On the bankruptcy petition, debtors are required to list all bankruptcy cases they have filed within eight years prior to the petition.

2.  Debtor(s) has failed to list the following cases filed within the last eight years on the petition:

   25-41356

3.  It is the trustee's position that the failure to list these prior cases is sufficient cause pursuant to 11 U.S.C. §1307(c) to dismiss the bankruptcy case.

WHEREFORE, trustee moves the Court for an Order dismissing the above captioned case for cause pursuant to 11 U.S.C. §1307(c).

February 25, 2026

       Respectfully submitted,

       /s/ Richard V. Fink, Trustee

       Richard V. Fink, Trustee
       2345 Grand Blvd., Ste. 1200
       Kansas City, MO 64108-2663
       (816) 842-1031

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), this proceeding will be dismissed by separate Order of the Court.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

JLA      /Motion - Dismiss - Failure to List Prior Case(s) on the Petition