# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: AMOS JASON SIMS                                    CASE NUMBER: 2640039
DEBTOR 2 NAME: TIFFANY KAY SIMS

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __3/2/2026__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

AMOS JASON SIMS/TIFFANY KAY SIMS,1700 RUSSELL RD,PLEASANT HILL MO 64080

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___3/2/2026___            Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   **AMOS JASON SIMS**
         **TIFFANY KAY SIMS**

                                             **Case No.:  26-40039-can-13**

                 **Debtors**


## MOTION TO DISMISS FOR FAILURE TO COMMENCE MAKING PLAN PAYMENTS OR IN THE ALTERNATIVE FOR DEFAULT IN PLAN PAYMENTS

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and moves to dismiss this case for cause pursuant to 11 U.S.C. §1307(c) and in support thereof states:

1.  The first Chapter 13 plan payment was due on February 11, 2026.

2.  The debtor(s) has failed to commence making timely plan payments pursuant to 11 U.S.C. §1326(a)(1).

3.  The failure to commence making plan payments, or failure to bring the plan payments substantially current, creates an unreasonable delay that is prejudicial to creditors, which is cause to dismiss the case under 11 U.S.C. §1307(c)(1).

WHEREFORE, the trustee moves the Court for an order of dismissal, without prejudice, of the above-captioned case for cause pursuant to 11 U.S.C. §1307(c).


February 27, 2026

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), this proceeding will be dismissed by separate Order of the Court.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

CRJ      /Motion - Dismiss - Failure to Commence Plan Payments