**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

In Re:   JASON AMOS SIMS                     )        Case No. 26-40039
         TIFFANY KAY SIMS                    )
                              Debtors        )

**MOTION FOR ATTORNEY FEES IN EXCESS OF THE NO LOOK FEE**
**AND REVIEW OF THE REASONABLENESS OF SUCH FEE ARRANGEMENT**

**COMES NOW** WM Law, by and through the undersigned Counsel for the above-captioned Debtors and for this Motion for Attorney Fees in Excess if the "No Look" Fee Limit under L.B.R. 2016-2 and Review of the Reasonableness of Such Fee Arrangement Pursuant to 11 U.S.C. §329 and F.R.B.P. 2017 states to the Court as follows:

1.     On January 12, 2026, Debtors filed a Petition and Plan for Chapter 13 relief.

2.     Pursuant to the Debtor's current Means Test this is a **Below-Median Case**.

3.     The Debtor engaged the undersigned Counsel to prepare the Petition and Schedules, Plan and represent them in the instant Case for pre-Confirmation **attorney fees totaling $4,600.00**.

4.     Undersigned Counsel states that said attorney fees in excess of the "No Look" fee limit under L.B.R. 2016-2 are reasonable warranted in this matter in light of the following circumstances:

   a.     Debtors' prior Chapter 13 case was dismissed in November 2025.

   b.     There was a rush to file due to a pending foreclosure sale set following the dismissal of the prior case.

   c.     Debtors' instant case was an emergency filing containing only the minimum documents required to stop the foreclosure.

   d.     The emergency filing required additional appointments in order to complete and file the deficiency schedules.

5.     In light of the above, the undersigned moves the Court for an order permitting pre-confirmation attorney fees in excess of the "No Look" fee limit.

**WHEREFORE**, the undersigned Counsel for the Debtors move the Court for an order permitting the above pre-confirmation debtor attorney fees in excess of the "No Look" fee limit, and for such further relief as the Court deems equitable and proper.

1

Dated: March 2, 2026                    Respectfully submitted,
                                        WM Law

                                        /s/ Bryan P Cardwell
                                        Bryan P Cardwell MO 71684
                                        15095 W. 116th St.
                                        Olathe, KS 66062
                                        Phone (913) 422-0909 / Fax (913) 428-8549
                                        cardwell@wagonergroup.com
                                        ATTORNEY FOR DEBTORS


## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Monday, March 02, 2026.

   **[See attached mailing matrix]**

                                        /s/ Bryan P Cardwell

2

Label Matrix for local noticing
0866-4
Case 26-40039-can13
Western District of Missouri
Kansas City
Mon Mar  2 09:29:58 CST 2026

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One Auto Finance
PO Box 259407
Plano TX 75025-9407

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One/Kohl's
PO Box 3115
Milwaukee WI 53201-3115

CashNetUSA
175 W Jackson Blvd
Suite 600
Chicago, IL 60604-2948

Comenity Bank/Torrid
PO Box 182789
Columbus OH 43218-2789

FIRST PREMIER
3820 N Louise Ave
Sioux Falls SD 57107-0145

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-2005

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

LVNV Funding
Care of Resurgent Capital Services
PO Box 1269
Greenville SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

NATIONAL CREDIT ADJUSTERS
327 W 4th Ave
Hutchinson KS 67501-4842

Nationstar Mortgage
Bankruptcy Notices
PO Box 619094
Dallas TX 75261-9094

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recivert Ass
PO BOX 12914
Norfolk VA 23541-0914

Quantum3 Group LLC as agent for
Reel Time Capital LLC
PO Box 788
Kirkland, WA  98083-0788

Rocket Mortgage, LLC s/b/m Nationstar Mortga
Bankruptcy Department
PO Box 619096
Dallas TX 75261-9096

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Sun Loans Company
1805 E Northe Ave
Belton MO 64012-2128

Amos Jason Sims
1700 Russell Rd
Pleasant Hill, MO 64080-1158

Bryan Patrick Cardwell I
Wm Law
15095 W. 116th St.
66062
Olathe, KS 66062-1098

(p)OFFICE OF THE CHAPTER 13 TRUSTEE
ATTN RICHARD V FINK
2345 GRAND BLVD SUITE 1200
KANSAS CITY MO 64108-0001

Tiffany Kay Sims
1700 Russell Rd
Pleasant Hill, MO 64080-1158

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage LLC
c/o McCalla Raymer Leibert Pierce, LLP
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Richard V Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29