# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:   AMOS JASON SIMS         )   CASE NO. 26-40039
        TIFFANY KAY SIMS          )
                     Debtors   )

### MOTION TO EXTEND TIME TO FILE PAY STUBS

**COME NOW** Debtors, by and through Counsel, and for their Motion to Extend Time to File Deficiency Documents state that Debtors' Counsel has requested copies of the payroll checks from the Debtors but has not received them yet. Debtors request an additional seven (7) days to file the requested pay check stubs.

**WHEREFORE**, Debtors request that this Court enter its order granting an extension of time of seven (7) days to file pay stubs, thereby extending the deadline to March 16, 2026 and for such further relief this Court deems equitable and proper.

Dated: March 9, 2026          Respectfully submitted,
                             WM Law

                             /s/ Bryan P Cardwell
                             Bryan P Cardwell MO 71684
                             15095 W. 116th St.
                             Olathe, KS 66062
                             Phone (913) 422-0909 / Fax (913) 428-8549
                             cardwell@wagonergroup.com
                             ATTORNEY FOR DEBTORS

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of this pleading was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Monday, March 09, 2026.

Chapter 13 Trustee, via ECF Notice.

                             /s/ Bryan P Cardwell

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106     1