IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | CASE NO. 26-40039-can13 |
| AMOS JASON SIMS AND TIFFANY KAY SIMS, DEBTORS | CHAPTER 13 |
| ROCKET MORTGAGE, LLC S/B/M NATIONSTAR MORTGAGE LLC | CREDITOR |
| VS. | |
| AMOS JASON SIMS AND TIFFANY KAY SIMS, DEBTORS AND RICHARD FINK, TRUSTEE | RESPONDENTS |

CERTIFICATE OF SERVICE

I, Michael J. McCormick of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the date below, I served a copy of the within Hearing Notice on the Objection to Confirmation of Plan (Docket No. 36) filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Debtors' Attorney
Bryan Patrick Cardwell, I
Served via ECF: cardwell@wagonergroup.com

and the following by regular U.S. Mail addressed to:

Trustee
Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

*Certificate of Service continued on next page.*

Debtor
Amos Jason Sims
1700 Russell Rd
Pleasant Hill, MO 64080

Joint Debtor
Tiffany Kay Sims
1700 Russell Rd
Pleasant Hill, MO 64080


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   03/11/2026     By:   */s/Michael J. McCormick*
                  (date)              Michael J. McCormick
                                      Missouri Bar No. 64649
                                      Attorney for Creditor

RepeatPACER, DEC, BelowMED

# U.S. Bankruptcy Court
## Western District of Missouri (Kansas City)
## Bankruptcy Petition #: 26-40039-can13

*Date filed:* 01/12/2026
*341 meeting:* 03/10/2026
*Deadline for filing claims:* 03/23/2026
*Deadline for filing claims (govt.):* 07/13/2026

*Assigned to:* Chief Bankruptcy Judge Cynthia A Norton
Chapter 13
Voluntary
Asset

*Debtor 1*
**Amos Jason Sims**
1700 Russell Rd
Pleasant Hill, MO 64080
CASS-MO
SSN / ITIN: xxx-xx-1636

represented by **Bryan Patrick Cardwell, I**
Wm Law
15095 W. 116th St.
66062
Olathe, KS 66062
913-422-0909
Fax : 913-428-8549
Email: cardwell@wagonergroup.com

*Debtor 2*
**Tiffany Kay Sims**
1700 Russell Rd
Pleasant Hill, MO 64080
CASS-MO
SSN / ITIN: xxx-xx-5618

represented by **Bryan Patrick Cardwell, I**
(See above for address)

*Trustee*
**Richard V Fink**
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663
816-842-1031
Email: info@wdmo13.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/06/2026 | 36 | **Hearing Notice**<br><br>The Objection to Confirmation of Plan filed by Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC is scheduled for a hearing as shown below.<br>The Attorney for the Moving Party is Directed to Serve a Copy of this Notice on Parties NOT Receiving Electronic Notice and file a Certificate of Service within 3 Days.<br><br>To connect to this docket, please use the zoom application on your phone, tablet, or computer and enter Meeting ID 161 5466 2224. Please be sure to mute your audio (and turn off your video if using the zoom app) and keep it muted, except when the court calls your case(s). When the court finishes hearing your case(s), please mute |

again or you may disconnect. If you do not have access to zoom, you may dial 833-435-1820. When prompted enter Meeting ID 161 5466 2224.

**Hearing scheduled for 4/6/2026 at 09:00 AM at ZOOM AUDIO CONFERENCE - Judge Fenimore 833-435-1820. Meeting ID: 161 5466 2224.**

(related document(s)35) (KDR)

(Entered: 03/06/2026)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/10/2026 11:32:04 | | | |
| **PACER Login:** | MMcCormick1 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-40039-can13 Fil or Ent: filed Doc From: 36 Doc To: 36 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |